**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION – COLUMBUS**

| | |
|---|---|
| N. SCHLAEGEL, a minor, by and through her mother, Erika Schlaegel, on behalf of herself and all others similarly-situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>NEBRASKA BEEF, LTD.,<br><br>　　　　Defendant. | Case No. 2:08-cv-1091 |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT NEBRASKA BEEF, LTD.**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Nebraska Beef, Ltd. states that it is a publicly held corporation, it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

This 24th day of November, 2008.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　**WILES, BOYLE, BURKHOLDER
　　　　　　　　　　　　　　　　　　& BRINGARDNER CO., L.P.A.**

　　　　　　　　　　　　　　　　　　　s/ William B. Benson
　　　　　　　　　　　　　　　　　　William B. Benson (#0047181)
　　　　　　　　　　　　　　　　　　300 Spruce Street, Floor One
　　　　　　　　　　　　　　　　　　Columbus, Ohio 43215-1173
　　　　　　　　　　　　　　　　　　(614) 221-5216
　　　　　　　　　　　　　　　　　　FAX: (614) 221-4541
　　　　　　　　　　　　　　　　　　e-mail: wbenson@wileslaw.com
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　Nebraska Beef, Ltd.

## **CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing Corporate Disclosure Statement was filed electronically via the Court's CM/ECF system this 24th day of November, 2008. Notice of this filing will be sent to Parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                         s/ William B. Benson
                                         William B. Benson (#0047181)